## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS PHARMA AG and NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ROXANE LABORATORIES, INC.,<br><br>Defendant. | Civil Action No. 2:08-cv-3853 (DMC)(MF)<br><br>**CONSENT ORDER FOR PRO HAC VICE ADMISSION** |

This matter having been opened to the Court by McCarter & English, LLP, attorneys for Plaintiffs Novartis Pharmaceuticals Corporation, Novartis Pharma AG, and Novartis International Pharmaceutical Ltd. ("Plaintiffs"), William J. O'Shaughnessy appearing, for an Order, pursuant to Local Civil Rule 101.1(c), allowing Robert W. Pierson, Jr. of the firm of Fitzpatrick, Cella, Harper & Scinto, to appear and participate *pro hac vice*; counsel for defendant having consented to the form and entry of this Order; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this ____ day of _____, 2009

ORDERED that:

Robert W. Pierson, Jr., of the firm of Fitzpatrick, Cella, Harper & Scinto, located at 30 Rockefeller Plaza, New York, NY 10112, a member in good standing of the Bars in which he is admitted, be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Plaintiffs shall be signed by a member or associate of the firm of McCarter & English, LLP, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in

ME1 8953645v.1

Case 2:08-cv-03853-DMC-MF   Document 60-4   Filed 09/10/2009   Page 2 of 2

Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is

FURTHER ORDERED that Robert W. Pierson, Jr., shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that Robert W. Pierson, Jr., pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is

FURTHER ORDERED that Robert W. Pierson, Jr., shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Robert W. Pierson, Jr., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

Executed: ___9/11/___, 2009

Honorable Mark Falk
United States Magistrate Judge